**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1254**

_____

PAULA D. GEORGE,

        Plaintiff - Appellant,

    v.

RAY MABUS, Secretary of the Navy,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Terrence W. Boyle, District Judge. (4:11-cv-00106-BO)

_____

Submitted: April 26, 2012        Decided: May 1, 2012

_____

Before GREGORY, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Paula D. George, Appellant Pro Se. Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paula D. George sued her employer, the Secretary of the Navy, alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2011). She appeals the district court's order granting her employer's motions to dismiss and for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. George v. Mabus, No. 4:11-cv-00106-BO (E.D.N.C. Jan. 13, 2012; Feb. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

AFFIRMED